HERBERT S. SISSON, as State Commissioner of Excise of the State of New York, Respondent, v. EUGENE J. SHEA and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Merrell, JJ.

MARY (Known as Mame) ALBERTA DOLAN, Respondent, v. HARRY ZIEGENFUS, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Merrell, JJ.

MARY P. WHEELER, Respondent, v. JOHN J. WHEELER, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

THEODORE LEVY, Respondent, v. FRED POLY and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

CLAFLINS, INC., Respondent, v. CARLOS ZAPATER and Another, Copartners, etc., Defendants. OSCAR H. BOLTE, Appellant.— Order affirmed, with ten dollars costs and disbursements; the date for the examination to proceed to be fixed in the order. No opinion. Order to be settled on notice. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

BLACK & WHITE AND TOWN TAXIS, INC., Appellant, v. JOHN F. GILCHRIST, as Commissioner of Licenses of the City of New York, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

ALEXANDER ORZAG, Doing Business as the NATIONAL· ART PUBLISHING COMPANY, Respondent, v. JOSEPH HABER and Another, Copartners, etc., and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

JOHN SHERWILL CONABEER, JR., Appellant, v. FLORENCE D. CONABEER, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

CHARLES A. COOPER and Others, Appellants, v. JOSEPH B. GREENHUT and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

In the Matter of the Petition of HYMAN SINGER, Appellant, to Remove and Consolidate the Action between JACOB SILVERMAN, Plaintiff, and HYMAN SINGER, Defendant, from the Municipal Court of the City of New York, Borough of Manhattan, Second District, to the Supreme Court, New York County. JACOB SILVERMAN, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

BIRD S. COLER, as Commissioner, etc., v. ABRAHAM LEVINE.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.